# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

133497
133498
(64)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WASHTENAW COUNTY,
       Respondent-Appellee,

v

MICHAEL SCHILS,
       Charging Party-Appellant.
_____/

SC: 133497-8
COA: 263938; 267650
MERC: 03-000288;  04-000013;
    04-000260

     On order of the Court, the motion for reconsideration of this Court's September 24, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

11119